# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALDERON,<br><br>        Petitioner,<br><br>    v.<br><br>,<br><br>        Respondent. | Case No. 18-cv-06498-VC   (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On October 24, 2018, Nery Calderon filed a letter with the Court that appears to be a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On the same day, the Clerk sent Calderon two notices: (1) his petition on the Court's form was due within 28 days of the filing date of the Clerk's notice; and (2) his completed in forma pauperis application or $5.00 filing fee was due within 28 days of the filing date of the Clerk's notice. Both notices included blank copies of the required forms and warned Calderon if he did not submit the completed documents within the 28-day time frame, his case would be dismissed and his file closed.

More than 28 days have passed, and Calderon has not filed the two documents, paid the filing fee, or communicated with the Court in any manner.

Therefore, this case is dismissed without prejudice. Calderon may file a new case with a completed habeas petition form and a completed in forma pauperis application (or the $5.00 filing fee). The Clerk shall enter a separate judgment and close the file.

    **IT IS SO ORDERED.**

Dated:  December 6, 2018

_____
VINCE CHHABRIA
United States District Judge