UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY CALDERON,<br>　　　　Petitioner,<br>　　v.<br>LOZANO,<br>　　　　Respondent. | Case No. 18-cv-06498-VC  (PR)<br><br>**ORDER OF TRANSFER** |

　　　　Nery Calderon, a state prisoner incarcerated at the California Medical Facility in Vacaville, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction and sentence of the Los Angeles County Superior Court. An order of dismissal and judgment for failing to file a petition was issued on December 6, 2018, however, those orders were issued in error. This order of transfer supersedes the order of dismissal and judgment.

　　　　A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed may transfer the petition to the other district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

　　　　Calderon was convicted and sentenced in Los Angeles County Superior Court which lies within the venue of the Central District of California. 28 U.S.C. § 84(b). Thus, jurisdiction over the petition exists in the Central District of California, not in this district.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action to the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated: December 7, 2018

_____
VINCE CHHABRIA
United States District Judge